JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER THOMPSON,** <br><br> Plaintiffs, <br><br> vs. <br><br> **BAY AREA CREDIT SERVICE, LLC,** <br><br> Defendant. | **CASE NO.: 8:12-CV-01151-CJC-AN** <br><br> **ORDER** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 23rd day of May, 2013.

_____
The Honorable Cormac J. Carney

Order to Dismiss - 1